☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------- x

UNITED STATES OF AMERICA,          :

    - v -                                    :     NOTICE OF INTENT TO
                                            FILE AN INFORMATION
AHARON WEICHSELBAUM,               :

        Defendant.           :

---------------- x           **07 CRIM. 540**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           June 6, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

              By:   *[signature]*
                      Rhonda L. Jung
                      Special Assistant United States Attorney

AGREED AND CONSENTED TO:

*[signature]*
Nina M. Beattie, Esq.
Attorney for Aharon Weichselbaum

6/6/07 WHEEL A