```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,       :
        - v -                   :         07 CRIM. 540
AHARON WEICHSELBAUM,            :
            Defendant.          :
- - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1341, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Aharon Weichselbaum

_____
Witness

_____
Susan Brune, Esq.
Counsel for Defendant

Date:   New York, New York
        June 13, 2007



0202