# BRUNE & RICHARD LLP

80 Broad Street
New York, New York 10004
(212) 668-1900 phone
(212) 668-0315 fax
www.bruneandrichard.com

June 22, 2007

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07**

RECEIVED
JUN 2 5 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

The Honorable Harold Baer
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Aharon Weichselbaum*, 07 Cr. 540 (HB)**

Dear Judge Baer:

      We write to request that Aharon Weichselbaum, a defendant in the above-referenced matter, be permitted to travel outside of his bail limits from July 7 through July 11, 2007. Mr. Weichselbaum requests permission to visit his wife's cousin in Chicago, Illinois. He has given his itinerary to his Pretrial Services Officer, Dennis Khilkevich. Neither the Assistant United States Attorney responsible for this case, Rhonda Jung, nor Mr. Khilkevich has any objection to this request.

      Thank you for your assistance in this matter.

      Sincerely,

      Nina M. Beattie

cc:    Rhonda Jung, AUSA (by fax: 212-637-2217)
       Dennis Khilkevich, Pretrial Services (by fax: 212-805-4176)

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 6/27/07