# BRUNE & RICHARD LLP

80 Broad Street
New York, New York 10004
(212) 668-1900 phone
(212) 668-0315 fax
www.bruneandrichard.com

July 30, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07

RECEIVED
AUG 01 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

The Honorable Harold Baer
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Aharon Weichselbaum*, 07 Cr. 540 (HB)

Dear Judge Baer:

    I write to request that Aharon Weichselbaum, a defendant in the above-referenced matter, be permitted to travel outside of his bail limits from August 14 through August 18, 2007. Mr. Weichselbaum requests permission to visit his best friends, the Schwarzfelds, who live in Fort Lauderdale, Florida. He has given his itinerary to his Pretrial Services Officer, Dennis Khilkevich. Neither the Assistant United States Attorney responsible for this case, Rhonda Jung, nor Mr. Khilkevich has any objection to this request.

    Thank you for your assistance in this matter.

Sincerely,

Nina M. Beattie

cc: Rhonda Jung, AUSA (by fax: 212-637-2452)
    Dennis Khilkevich, Pretrial Services (by fax: 212-805-4176)

8/2/07 Agreed.
SO ORDERED
Harold Baer
USDJ