USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 11, 2007

RECEIVED
OCT 1 1 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY HAND DELIVERY**

Honorable Harold Baer, Jr.
United States District Court
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007-1581

Re: United States v. Aharon Weichselbaum 07 Cr. 540 (HB)

Dear Judge Bear:

The Government respectfully submits this letter to request a three month adjournment of the October 25, 2007 date currently scheduled for the sentencing of the defendant Aharon Weichselbaum. Due to the press of businesses, the Probation Department has not completed the initial pre-sentence investigation report ("PSR"). Accordingly, the parties request a lengthy adjournment of the sentencing date to allow the Probation Officer adequate time to prepare the report and to allow the parties adequate time to respond to the PSR before it is submitted to the Court. I have spoken with Weichselbaum's counsel, Nina Beattie, Esq, who consents to the application for an adjournment.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rhonda L. Jung
Special Assistant United States Attorney
Telephone: (212) 637-2217

cc: Nina M. Beattie, Esq. (212) 589-0315 (by facsimile)

[Handwritten annotations by Judge:]
Sorry but I do not for [illegible] believe D's being incarcerated longer than absolutely necessary helpful — sentence him [illegible] to December 20 D [illegible] be sure [illegible] respond to that [illegible] ample time to respond

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 10/22/07

TOTAL P.02

Endorsement:

    Sorry but I do not believe defendants benefit from being incarcerated here for longer than absolutely necessary. I will adjourn sentence to December 27 at 11:30 AM and be sure you notify probation so there is ample time to respond to this PSR.