# BRUNE & RICHARD LLP

80 Broad Street
New York, New York 10004
(212) 668-1900 phone
(212) 668-0315 fax
www.bruneandrichard.com

New York • San Francisco

January 29, 2008

RECEIVED
JAN 29 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/31/08

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re:   United States v. Aharon Weichselbaum, 07 Cr. 540 (HB)

Dear Judge Baer:

We represent Aharon Weichselbaum. On December 27, 2007, Your Honor sentenced Mr. Weichselbaum to a term of imprisonment of 18 months to begin on February 4, 2008. Because Mr. Weichselbaum has yet to be designated by the Federal Bureau of Prisons ("BOP"), we write to request a postponement of his surrender date to February 25, 2008.

At the sentencing we requested a surrender date of February 25, 2008 to ensure that Mr. Weichselbaum would be designated by the BOP prior to his surrender. In denying Mr. Weichselbaum's request, Your Honor indicated that one month is usually sufficient for the BOP to make a designation, but that the Court would consider a request for postponement if the BOP had yet to designate Mr. Weichselbaum as his surrender date approached.

Today, less than one week before Mr. Weichselbaum's surrender date, we spoke with Ms. Omy Ramirez at the BOP Designation and Sentence Computation Center. Ms. Ramirez informed us that Mr. Weichselbaum has not been designated by the BOP.

Accordingly, Mr. Weichselbaum requests that the Court postpone his surrender date to February 25, 2008. The Assistant United States Attorney assigned to this case, Marc Berger, has no objection to this request.

Sincerely,

Nina Beattie

cc:  Marc P. Berger, Assistant United States Attorney (by facsimile)

*[Handwritten note from Judge:]* I am in accord with your request, February 25th for surrender before noon at the Offices of the U.S. Marshal if not earlier designated to a Federal Prison.

*[Signed]* Harold Baer  24956